1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-6937
         FAX: (415) 436-7234
7        Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )  CASE NO: CR 15-518 RS
                                       )
13        Plaintiff,                   )  STIPULATION AND [PROPOSED] PROTECTIVE
                                       )  ORDER REGARDING DISCOVERY OF
14     v.                              )  SENSITIVE INFORMATION
                                       )
15 ROBERT JACOBSEN,                    )
                                       )
16        Defendant.                   )
                                       )
17 _____)

18        Defendant is charged in a twenty-two count indictment with wire fraud and with engaging in

19 financial transactions involving the proceeds of specified unlawful activity. Pursuant to defendant's

20 request for discovery, the United States will produce to defendant media compiled as part of this

21 investigation. This media includes personal identifying information of individuals other than the

22 defendant. Because some of this material is relevant to the government's case against defendant and

23 because redacting it would be impractical, the parties stipulate, and the Court orders, that disclosure of

24 these materials shall be subject to the following restrictions:

25        1.     All materials produced by the United States in this case and containing personal

26 identifying information (including but not limited to social security numbers, home addresses, bank

27 account numbers, credit card numbers, or other financial account numbers) belonging to individuals

28 other than defendant shall be labeled "protected material."

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

2. Except when being actively examined for the purpose of the preparation of the defense of defendant, any protected material (including copies of print-outs of digital media) produced by the United States to defense counsel, Doron Weinberg, shall be maintained in an office accessible only to Mr. Weinberg, employees of Mr. Weinberg, or escorted guests.  Mr. Weinberg shall not permit any person access of any kind to the protected material except as set forth below.

3. The following individuals may examine protected material and copies of print-outs thereof for the sole purpose of preparing the defense or sentencing, of the defendant and for no other purpose:

    a) Counsel for the defendant, Doron Weinberg;

    b) Paralegals, assistants, and investigators employed by Mr. Weinberg as part of this case;

    c) The defendant Robert Jacobsen, but only in the presence of his attorney;

    d) Any outside expert retained by the defendant to analyze the media in this matter; and

    e) US Probation.

If defense counsel determines that additional attorneys, experts, paralegals or investigators are needed to review the material, he must obtain a further order of the Court before allowing any other individual to review the material.

4. A copy of this Order shall be maintained with the protected material and copies of print-outs thereof at all times.

5. No other person may be allowed to examine the material without further court order. Examination of the protected material and copies of print-outs thereof shall be done in a secure environment that will not expose the materials to other individuals not listed above.

6. Files contained within the protected material may be duplicated to the extent necessary to prepare the defense of this matter but if duplicated, are subject to the same restraints as the material itself.

7. Any pleadings that include the above-described materials or their contents shall be filed under seal or with appropriate redactions removing personal identifying information.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

8. Within 30 court days of the judgment and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States. The United States shall destroy them. If an appeal is noticed and Mr. Weinberg continues to represent the defendant on appeal, he may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter in the Court of Appeals. The government will maintain a copy of all Protected Material in compliance with its normal document retention policies.

IT IS SO STIPULATED.

DATED: December 29, 2015

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

DATED: December 29, 2015

/s/
DORON WEINBERG
Counsel for Defendant Robert Jacobsen

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/4/2016

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER