BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 15-518 RS |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
|     v. | |
| ROBERT JACOBSEN, | |
|     Defendant. | |

The parties request that the time between March 1, 2016 and May 3, 2016 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  The government has produced discovery to defendant and defense counsel is reviewing it.  Excluding time until May 3, 2016 will allow for the effective preparation of counsel, and the ends of justice served by this delay outweigh the defendants' and the public's interest in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS SO STIPULATED.

DATED: April 26, 2016
                                                                                                /s/
                                                                              BENJAMIN KINGSLEY
                                                                              Assistant United States Attorney

DATED: April 26, 2016
                                                                                                 /s/
                                                                              STEVE KALAR
                                                                              Counsel for Defendant Robert Jacobsen

1 [PROPOSED] ORDER

2 The Court finds that the exclusion of the period from March 1, 2016 and May 3, 2016 from the
3 time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the
4 continuance outweigh the interests of the public and the defendants in the prompt disposition of this
5 criminal case; and that the failure to grant the requested exclusion of time would deny counsel for
6 defendant the reasonable time necessary for effective preparation and of counsel, taking into account the
7 particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of
8 justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

9 IT IS SO ORDERED.

11 DATED: 5/2/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE