1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6937
        FAX: (415) 436-7234
7       Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )  CASE NO: CR 15-518 RS
                                        )
13         Plaintiff,                   )  STIPULATION TO EXCLUDE TIME AND
                                        )  [PROPOSED] ORDER
14      v.                              )
                                        )
15  ROBERT JACOBSEN,                    )
                                        )
16         Defendant.                   )
                                        )
17  _____)

18         The parties request that the time between May 3, 2016, and July 26, 2016, be excluded under the

19  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  The government has produced

20  discovery to defendant.  Defense counsel is investigating a possible conflict.  Excluding time until July

21  26, 2016 will allow for the effective preparation and continuity of counsel, and the ends of justice served

22  by this delay outweigh the defendant's and the public's interest in a speedy trial.  *See* 18 U.S.C.

23  § 3161(h)(7)(B)(ii).

24         IT IS SO STIPULATED.

25  DATED: May 10, 2016                          _____/s/_____
                                                 BENJAMIN KINGSLEY
26                                               Assistant United States Attorney

27
    DATED: May 10, 2016                          _____/s/_____
28                                               STEVE KALAR
                                                 Counsel for Defendant Robert Jacobsen

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

[~~PROPOSED~~] ORDER

The Court finds that the exclusion of the period from March 3, 2016, and July 26, 2016 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for defendant the reasonable time necessary for effective preparation and of counsel, taking into account the particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

DATED: 5/10/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER