IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT JACOBSEN,<br><br>　　　　　Defendant. | No. CR 15-00518 RS (NJV)<br><br>**STIPULATED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

On December 21, 2015, Mr. Jacobsen appeared before this Court with previous defense counsel, Mr. Doron Weinberg. At that appearance, Mr. Jacobsen was released on bond. The conditions of release included a curfew that required Mr. Jacobsen to be in his residence from 9:00 pm. to 8:00 a.m. On March 15, 2016, this Court modified the conditions of pretrial release, reducing the curfew period to midnight to 7:00 a.m.

There have been no violations of pretrial release since Mr. Jacobsen was first release.

Current counsel for Mr. Jacobsen has requested that Mr. Jacobsen's conditions of pretrial release be modified in two respects. First, the defense asks that the electronic monitoring device (the ankle bracelet) be removed. Second, the defense asks that Mr. Jacobsen be permitted to spend the night at his wife's residence, at 2110 Northshore Drive, Richmond, California 94804, as well as at his own current residence.

The supervising Pretrial Service Officer has no objection to that request.

The government also has no objection to this requested modification.

//

*Jacobsen,* CR 15-00518 RS
ORD. MODIFYING CONDITIONS
 PRETRIAL RELEASE

Therefore, for good cause shown the conditions of pretrial release are modified, and the electronic monitoring device may be removed. Mr. Jacobsen may spend the night either at his residence, or at the residence of his wife in Richmond.

All other conditions of pretrial release shall remain in effect.

IT IS SO ORDERED.

May 16, 2016
_____           _____
DATED                             NANDOR VADAS
                                  United States Magistrate Judge

IT IS SO STIPULATED:

<u>May 13, 2016</u>                         BRIAN STRETCH
DATED                             United States Attorney
                                  Northern District of California

                                  /s

                                  BENJAMIN KINGLSEY
                                  Assistant United States Attorney


<u>May 13, 2016</u>                         STEVEN G. KALAR
DATED                             Federal Public Defender

                                  /s

                                  Northern District of California

*Jacobsen,* CR 15-00518 RS
ORD. MODIFYING CONDITIONS
 PRETRIAL RELEASE