1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

6 | Telephone: (415) 436-6937
Fax: (415) 436-7234

7 | Benjamin.Kingsley@usdoj.gov

8 | Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 15-00518 RS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING PROTECTIVE ORDER AND ADVISORY COUNSEL |
| v. | |
| ROBERT JACOBSEN, | |
| Defendant. | |

1

1 Attorney Steve Kalar and the government previously agreed to a protective order, which this Court ordered on January 20, 2016. Dkt. 21. Attorney Josh Cohen has been appointed advisory counsel for defendant. The parties jointly request that Attorney Cohen be permitted, under the terms of the existing protective order, to receive copies of and review discovery produced by the government to Attorney Kalar. Attorney Cohen has reviewed the protective order, which is attached to this filing as Exhibit 1. He agrees to abide by its terms.

**IT IS SO STIPULATED.**

Dated: May 16, 2016

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

/s/
STEVE KALAR
Counsel for Defendant Robert Jacobsen

/s/
JOSH COHEN
Advisory Counsel for Defendant Robert Jacobsen

[PROPOSED] ORDER

Under the terms of the protective order entered on January 20, 2016, Dkt. 21, Attorney Josh Cohen is permitted to receive and review the discovery in this case. Attorney Cohen is subject to the provisions of the protective order.

**IT IS SO ORDERED.**

Dated:  5/23/16

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE