1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
3  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone:   (415) 436-6937
   Fax:         (415) 436-7234
6  Email:       Benjamin.Kingsley@usdoj.gov

7  Attorneys for the United States

8  TIMOTHY P. CRUDO (State Bar No. 143835)
   KATHARINE VAN DUSEN (State Bar No. 276021)
9  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
10 San Francisco, California 94104-5500
   Telephone: 415.391.4800
11 Facsimile: 415.989.1663
   Email:  ef-tpc@cpdb.com
12         ef-ktv@cpdb.com

13 Attorneys for Defendant
   ROBERT JACOBSEN

**FILED**

JUL 22 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00518-MMC-1 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS |
| v. | |
| ROBERT JACOBSEN, | |
| Defendant. | |

The parties hereby stipulate and move this Court to enter an order allowing Defendant Robert Jacobsen to travel to the Long Barn and Nevada City/North Yuba River areas in the Eastern District of California, as well as to the wine country region of the Northern District of California, from and including July 22, 2016, to and including July 24, 2016, solely for the purposes of attending a wedding, helping his daughter to move, and attending a vacation.

1  Mr. Jacobsen is currently out of custody awaiting trial. The conditions of his pretrial
2  release currently impose a curfew and limit his travel to the Northern District of California. Mr.
3  Jacobsen is under the supervision of Pretrial Services and has had no violations of the terms of his
4  pretrial release. His Pretrial Services Officer, Timothy Elder, does not object to this request.

**IT IS SO STIPULATED.**

DATED: July 20, 2016          Respectfully submitted,


By:  /s/Benjamin Kinglsey
     BENJAMIN KINGSLEY
     Assistant United States Attorney


DATED: July 20, 2016          Respectfully submitted,

                              COBLENTZ PATCH DUFFY & BASS LLP


By:  /s/Timothy P. Crudo
     Timothy P. Crudo
     Attorneys for Defendant
     ROBERT JACOBSEN


## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED** that Defendant Robert Jacobsen is permitted to travel to the Long Barn and Nevada City/North Yuba River areas in the Eastern District of California, as well as to the wine country region of the Northern District of California, from and including July 22, 2016, to and including July 24, 2016, solely for the purpose of attending a wedding, helping his daughter to move, and attending a vacation.

DATED: 7/22, 2016

_____
UNITED STATES MAGISTRATE JUDGE
NANDOR VADAS