BRIAN J. STRETCH (CABN 163973)
United States Attorney
DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:   (415) 436-6937
Fax:         (415) 436-7234
Email:       Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

TIMOTHY P. CRUDO (State Bar No. 143835)
KATHARINE VAN DUSEN (State Bar No. 276021)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-tpc@cpdb.com
         ef-ktv@cpdb.com

Attorneys for Defendant
ROBERT JACOBSEN

FILED

JUL 22 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JACOBSEN,<br><br>Defendant. | Case No. 3:15-cr-00518-MMC-1<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING BAIL<br>CONDITIONS** |

The parties hereby stipulate and move this Court to enter an order allowing Defendant Robert Jacobsen to travel to the Long Barn and Nevada City/North Yuba River areas in the Eastern District of California, as well as to the wine country region of the Northern District of California, from and including July 22, 2016, to and including July 24, 2016, solely for the purposes of attending a wedding, helping his daughter to move, and attending a vacation.

Mr. Jacobsen is currently out of custody awaiting trial. The conditions of his pretrial release currently impose a curfew and limit his travel to the Northern District of California. Mr. Jacobsen is under the supervision of Pretrial Services and has had no violations of the terms of his pretrial release. His Pretrial Services Officer, Timothy Elder, does not object to this request.

**IT IS SO STIPULATED.**

DATED: July 20, 2016          Respectfully submitted,


By: */s/Benjamin Kinglsey*
    BENJAMIN KINGSLEY
    Assistant United States Attorney


DATED: July 20, 2016          Respectfully submitted,

COBLENTZ PATCH DUFFY & BASS LLP


By: */s/Timothy P. Crudo*
    Timothy P. Crudo
    Attorneys for Defendant
    ROBERT JACOBSEN


### [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, **IT IS SO ORDERED** that Defendant Robert Jacobsen is permitted to travel to the Long Barn and Nevada City/North Yuba River areas in the Eastern District of California, as well as to the wine country region of the Northern District of California, from and including July 22, 2016, to and including July 24, 2016, solely for the purpose of attending a wedding, helping his daughter to move, and attending a vacation.

DATED: 7/22, 2016

UNITED STATES MAGISTRATE JUDGE