1  BRIAN J. STRETCH (CABN 163973)
     United States Attorney
2  BARBARA J. VALLIERE (DCBN 439353)
     Chief, Criminal Division
3  BENJAMIN KINGSLEY (NYBN 4758389)
     Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102-3495
5  Telephone:    (415) 436-6937
   Fax:          (415) 436-7234
6  Email:        Benjamin.Kingsley@usdoj.gov

7  Attorneys for the United States

8  TIMOTHY P. CRUDO (State Bar No. 143835)
   KATHARINE VAN DUSEN (State Bar No. 276021)
9  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
10 San Francisco, California  94104-5500
   Telephone:    (415) 391-4800
11 Fax:          (415) 989-1663
   Email:        ef-tpc@cpdb.com
12               ef-ktv@cpdb.com

13 Attorneys for Defendant
   ROBERT JACOBSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT JACOBSEN,<br><br>    Defendant. | Case No. 3:15-cr-00518-MMC-1<br><br>**[PROPOSED] STIPULATED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

The parties hereby stipulate and move this Court to enter an order allowing Defendant Robert Jacobsen to travel from the San Francisco Bay Area to Escondido, California, from and

/ / / / /

/ / / / /

including November 2, 2016, to and including November 9, 2016.  The purpose of the trip is for Mr. Jacobsen to visit and care for a close friend who is in the end stages of his battle with cancer.[1]

Mr. Jacobsen is currently out of custody awaiting trial.  The conditions of his pretrial release currently impose a curfew and limit his travel to the Northern District of California.  Mr. Jacobsen is under the supervision of Pretrial Services and has had no violations of the terms of his pretrial release.  His Pretrial Services Officer, Timothy Elder, does not object to this request.

**IT IS SO STIPULATED.**

DATED: November 1, 2016                                     Respectfully submitted,


                                                            By:  */s/ Benjamin Kingsley*
                                                                 BENJAMIN KINGSLEY
                                                                 Assistant United States Attorney


DATED:  November 1, 2016                                    Respectfully submitted,

                                                            COBLENTZ PATCH DUFFY & BASS LLP


                                                            By:  */s/ Timothy P. Crudo*
                                                                 Timothy P. Crudo
                                                                 Attorneys for Defendant
                                                                 ROBERT JACOBSEN

---

[1] To protect his privacy, we have not identified Mr. Jacobsen's friend in this public filing.  The Pretrial Services Officer and the Government have been informed of the identity of Mr. Jacobsen's friend, and if requested Mr. Jacobsen will provide that information to the Court, although he would ask to do so under seal.

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, **IT IS ORDERED** that Defendant Robert Jacobsen is permitted to travel from the San Francisco Bay Area to Escondido, California, from and including November 2, 2016, to and including November 9, 2016, solely for the purpose to visit and care for a close friend who is in the end stages of his battle with cancer.

DATED: November 2, 2016

_____
JUDGE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE