TIMOTHY P. CRUDO (State Bar No. 143835)
KATHARINE VAN DUSEN (State Bar No. 276021)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:  415.391.4800
Facsimile:   415.989.1663
Email:   ef-tpc@cpdb.com,
             ef-ktv@cpdb.com

Attorneys for Defendant
ROBERT JACOBSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JACOBSEN,<br><br>Defendant. | Case No. 3:15-cr-00518-MMC-1<br><br>**JOINT STATUS CONFERENCE STATEMENT AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:       ~~November 9, 2016~~<br>Time:      2:15 p.m.<br>Courtroom: 7 |

The parties respectfully submit this Joint Status Conference Statement in advance of the Initial Status Conference in this matter scheduled for November 9, 2016.

Defendant Robert Jacobsen was indicted on November 5, 2015, on 13 counts of alleged wire fraud in violation of 18 U.S.C. section 1343 and 10 counts of allegedly engaging in monetary transactions in property derived from specific unlawful activity in violation of 18 U.S.C. section 1957 in connection with the acquisition and/or sale of certain homes in or about 2012-2013.

Mr. Jacobsen was arraigned on December 21, 2015, at which time Doron Weinberg was specially appointed as counsel for Mr. Jacobsen.  Time was excluded under the Speedy Trial Act from December 21, 2015, to January 12, 2016.  *See* Docket Entry No. 6.  On January 28, 2015, time was further excluded to January 19, 2016.  *See id.* No. 9.

/ / /

On January 8, 2016, time was further excluded to January 29, 2016. *See* Docket Entry No. 17.  On January 29, 2016, the Federal Public Defender's Office was provisionally appointed as counsel to Mr. Jacobsen and time was further excluded to February 8, 2106. *See id.* Nos. 22, 23.

A status conference was held before the Hon. Richard Seeborg on March 1, 2016, at which point time was excluded from March 1, 2016, to May 3, 2016.[1] *See* Docket Entry No. 27.  Time was further excluded from May 3, 2016, to July 26, 2016. *See id.* No. 34.

Because of a conflict of interest, the Federal Public Defender's Office withdrew as counsel, and Timothy Crudo of Coblentz Patch Duffy & Bass was appointed as counsel on June 30, 2016.  On that day time was excluded to August 10, 2016. *See* Docket Entry No. 52.  The case was then reassigned to the Hon. Maxine M. Chesney.

A status conference was held before the Hon. Maxine M. Chesney on August 10, 2016, at which point time was excluded through November 9, 2016, and a further status conference set for that date.

Since June 30, 2016, the government has provided Mr. Jacobsen's current counsel with approximately 11 GB of discovery (about 75,000 pages), practically all of which the government previously provided to Mr. Jacobsen's prior counsel.  Given the nature of this case, the parties believe that additional time is necessary to permit counsel for Mr. Jacobsen to review the materials and prepare a defense.

The parties therefore respectfully request that the Court continue the status conference currently set for November 9, 2016, set a further status conference for February 1, 2017, and exclude time under the Speedy Trial Act to and including February 1, 2017, to provide Mr. Jacobsen's counsel with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties submit that such exclusion serves the ends of

---

[1] Although there does not appear to be a written order to this effect, the parties believe that on February 8, 2016, time was excluded to March 1, 2016.

justice in that excluding time as requested outweighs the best interest of the public and the defendant in a speedy trial.  The parties expect that they will be prepared to set trial and pre-trial dates at the February 1, 2017, status conference.

DATED: November 3, 2016                COBLENTZ PATCH DUFFY & BASS LLP


By:     */s/ Timothy P. Crudo*
        Timothy P. Crudo
        Attorneys for Defendant
        ROBERT JACOBSEN

DATED:  November 3, 2016               Brian Stretch
                                       United States Attorney


By:     */s/ Benjamin Kingsley*
        Benjamin Kingsley
        Assistant United States Attorney

   Good causing having been shown, the status conference currently scheduled in this matter for Wednesday, November 9, 2016, is hereby continued until Wednesday, February 1, 2017, at 2:15 p.m.  Time is excluded under the Speedy Trial Act to and including February 1, 2017, to provide Mr. Jacobsen's counsel with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Such exclusion serves the ends of justice in that excluding time outweighs the best interest of the public and the defendant in a speedy trial.

   **IT IS SO ORDERED.**

DATED: __November 4__, 2016

                                       THE HONORABLE MAXINE H. CHESNEY
                                       UNITED STATES DISTRICT JUDGE