1 BRIAN J. STRETCH (CABN 163973)
United States Attorney
2
BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 MEREDITH OSBORN (CABN 250467)
BENJAMIN KINGSLEY (CABN 314192)
5 Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6937
7     Fax: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov
8
Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 15-00518 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY ALLA BARBALAT |
| v. | |
| ROBERT JACOBSEN, | |
| Defendant. | |

[~~PROPOSED~~] ORDER

On July 11, 2017, attorney Alla Barbalat appeared before this Court in response to a subpoena issued by the United States in this case for "all records and communications relating to or involving your representation of 'American Brokers Conduit Corporation.'" Ms. Barbalat indicated that she was willing to respond to the subpoena upon an order by the Court that the responsive documents were not subject to the attorney-client privilege. ~~Ms. Barbalat also stated that she believed that the responsive documents fell within the crime fraud exception to the attorney-client privilege.~~

For the reasons stated on the record and in the government's papers filed at Docket No. 84, the Court ~~therefore~~ finds that all documents and communications (both oral and written) made, prepared, or

received by attorney Alla Barbalat in connection with her representation of "American Brokers Conduit Corporation," or in connection with *CB Equities, LLC v. American Brokers Conduit Corporation*, No. CV 12-05449 DMR (N.D. Cal.) or *EquitecWest, LLC v. American Brokers Conduit Corporation*, No. CV H121216 (Monterey Sup. Ct.), are not protected by the attorney-client or work product privileges. Attorney Barbalat shall produce any documents responsive to the subpoena ~~and relating to the above~~ to the United States, and the United States shall produce these documents to the defense in this case as soon as reasonably possible once received.

Dated: July 12, 2017

HON. MAXINE M. CHESNEY
DISTRICT COURT JUDGE