UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 19, 2017     **Time:** 1 hour 30 minutes     **Judge:** MAXINE M. CHESNEY

**Case No.:** [15-cr-00518-MMC-1](15-cr-00518-MMC-1)     **Case Name:** UNITED STATES v. Robert Jacobsen

**Attorney for Plaintiff:** Benjamin Kingsley, Meredith Osborn, Gregg Lowder
**Attorney for Defendant:** Tim Crudo, Daniel Pastor, Katharine Van Dusen

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Rhonda Aquilina
**Interpreter:** N/A     **Probation Officer:** N/A

# PROCEEDINGS

**Change of Plea - Held.**

**The Defendant pled guilty to Counts 7 and 21 of the Indictment.**

**Plea agreement filed with the Court.**

**Court accepted plea and referred defendant to U.S. Probation Dept. for the preparation of a presentence report.**

**Government will move to dismiss any remaining counts at the time of sentencing.**

**The Court vacated the July 24, 2017 trial date.**

**CASE CONTINUED TO: November 15, 2017 at 2:15 P.M. for**. Judgment and Sentencing