BRIAN J. STRETCH (CABN 163973)
    United States Attorney
BARBARA J. VALLIERE (DCBN 439353)
    Chief, Criminal Division
BENJAMIN KINGSLEY (NYBN 4758389)
    Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:    (415) 436-6937
Fax:          (415) 436-7234
Email:        Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

TIMOTHY P. CRUDO (State Bar No. 143835)
KATHARINE VAN DUSEN (State Bar No. 276021)
DANIEL M. PASTOR (State Bar No. 297948)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:    (415) 391-4800
Fax:          (415) 989-1663
Email:        ef-tpc@cpdb.com
              ef-ktv@cpdb.com
              ef-dmp@cpdb.com

Attorneys for Defendant
ROBERT JACOBSEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT JACOBSEN,<br><br>    Defendant. | Case No. 3:15-cr-00518-MMC-1<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING DATE OF DEFENDANT ROBERT JACOBSEN** |

WHEREAS, on July 19, 2017, the Court set sentencing in this matter for November 15, 2017;

16618.001 3866924v1      1      3:15-cr-00518-MMC-1

**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING DATE OF DEFENDANT ROBERT JACOBSEN**

WHEREAS, at the time the Court set the date for sentencing the parties and the Court acknowledged that it likely would be necessary to continue sentencing until a date in early 2018 to accommodate potential briefing on sentencing issues as well as defense counsel's maternity leave;

WHEREAS, the defendant submits that additional time is necessary to allow him to manage certain legal issues, conduct his presentence interview with the assigned Probation Officer, and present his arguments at sentencing;

WHEREAS, additional time would permit the Probation Officer to have sufficient time to consider the defendant's presentence interview in the preparation of her Presentence Report;

WHEREAS, the government and the Probation Officer do not object to a continuation of the sentencing date, and;

WHEREAS, the Probation Officer is available for sentencing on January 24, 2018;

THEREFORE, it is stipulated by and between the defendant and the government, through their respective counsel of record, that the Sentencing date for Defendant Robert Jacobsen be continued to January 24, 2018 .

**IT IS SO STIPULATED.**

DATED: September 27, 2017

Respectfully submitted,

By: _/s/ Benjamin Kingsley_
BENJAMIN KINGSLEY
Assistant United States Attorney

DATED:  September 27, 2017

Respectfully submitted,

COBLENTZ PATCH DUFFY & BASS LLP

By: _/s/ Timothy P. Crudo_
Timothy P. Crudo
Attorneys for Defendant
ROBERT JACOBSEN

16618.001 3866924v1

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Good cause having been shown, the Court orders that the Sentencing date for Defendant |
| 3 | Robert Jacobsen be continued from ~~November 17~~ November 15, 2017, to January 24, 2018. |
| 4 | IT IS SO ORDERED. |
| 6 | DATED: October 2, 2017 |

*[signature]*
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT