1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   GREGG W. LOWDER (CABN 107864)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7044
       FAX: (415) 436-7234
8      Gregg.Lowder@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              ) Case No.: CR 15-0518 MMC
                                           )
14         Plaintiff,                      ) **[PROPOSED] PRELIMINARY ORDER OF**
                                           ) **FORFEITURE**
15      v.                                 )
                                           )
16  ROBERT JACOBSEN,                       )
                                           )
17         Defendant.                      )
                                           )
18  _____  )

19         Having considered the application for a preliminary order of forfeiture filed by the United States,

20  the defendant's guilty pleas, his admissions in his plea agreement, and other evidence in this case, and

21  good cause appearing,

22         IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant

23  to 18 U.S.C. § 982, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the procedures outlined in

24  Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

25         • one 54' Hylas sailboat, bearing the names "Swept Away," "Alcyone," or "B'ANN," with

26            Hull Identification Number HSY54037J405, and Official Number 1166171, located and

27            seized by agents at a marina in Beaufort, North Carolina, on November 18, 2015.

28         IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize

the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that any petition filed by a third party asserting an interest in the forfeited property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought; and that, after the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 26th day of June 2018.

MAXINE M. CHESNEY
United States District Judge