| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 13 minutes | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ada Means | | | REPORTER/FTR 9:47-10:00 | | |
| MAGISTRATE JUDGE Jacqueline Scott Corley | | DATE August 17, 2018 | | | NEW CASE ☐ | CASE NUMBER CR15-0518 MMC | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Robert Jacobsen | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Kenneth Wine | | PD. ☐  RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Benjamin Kingsley | | INTERPRETER Not required | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Katrina Chu | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | | ☐ PRELIM HRG | ☒ MOTION 13 mins | | ☐ JUGM'T & SENTG | ☐ STATUS ☐ STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | | ☐ ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 8/22/18 (Prev. Set) | | ☐ ATTY APPT HEARING | ☐ BOND HEARING | | STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: 2:15 p.m. | | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING _____ | | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON. MMC | | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | | ☐ MOTIONS | ☒ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

Government's Motion to Revoke Release and Remand to Custody is granted. AUSA to prepare proposed detention order.
CC: JSC & MMC

DOCUMENT NUMBER: