ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT JACOBSEN,<br><br>    Defendant. | CASE NO. CR 15-00518 MMC<br><br>**STIPULATION REGARDING RESTITUTION AND [~~PROPOSED~~] ORDER** |

Defendant, Robert Jacobsen, and the United States, by and through counsel, agree and stipulate as follows:

Pursuant to 18 U.S.C. § 3663A, defendant agrees to pay restitution of $2,430,662.47. That number includes the following specific amounts:

    (1) $180,662.47 to the Broderick Street Trust (the principals of which are S.H. and S.G.) which, according to escrow records, paid $180,662.47 of its own funds in the purchase of the Broderick Street house;

    (2) $1.5 million to NATC, which has expended slightly over $2 million in connection with the Broderick Street house to this date, but which may recover funds from the proceeds of the sale of the property if it receives a favorable resolution of its litigation over the property and

STIPULATION RE: RESTITUTION AND [PROPOSED] ORDER
CR 15-00518 MMC

1

a successful sale of the property. The parties agree that an approximately $500,000 offset from current losses accounts for the reasonable possibility of NATC's future recovery as well as the reasonable possibility of NATC's ongoing accumulation of costs relating to the property. Counsel for NATC has informed government counsel that NATC agrees to this restitution figure.

(3) $750,000 to Old Republic Title Company, for the amount it paid to cover the losses on the Danville house.

**IT IS SO AGREED AND STIPULATED.**

Dated: October 18, 2018

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

/s/
KENNETH WINE
Attorney for Defendant

# [~~PROPOSED~~] RESTITUTION ORDER

Pursuant 18 U.S.C. § 3663A, defendant is ordered to pay $2,430,662.47 in restitution as part of the final judgment in this case. The Court finds that this is a reasonable determination of the amount of money that the victims lost as a result of defendant's scheme to defraud for which he has been convicted, and the Court finds that these losses were proximately caused by the scheme to defraud.

The Court orders that restitution be awarded to each victim in the amounts so stipulated by the parties.

In light of the above, the Restitution Hearing, scheduled for November 7, 2018, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE