IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JACOBSEN,<br><br>Defendant. | Case No. 15-cr-00518-MMC-1<br><br>**ORDER GRANTING IN PART AND DEFERRING RULING IN PART ON DEFENDANT'S MOTION FOR APPELLATE COUNSEL ACCESS TO TRANSCRIPTS AND DOCUMENTS; DIRECTIONS TO PLAINTIFF; DIRECTIONS TO DEFENDANT'S COUNSEL** |

Before the Court is defendant's "Motion for Appellate Counsel Access to Sealed and NFPV Transcripts and Documents," filed November 1, 2018. Having read and considered the motion, the Court rules as follows.

1. To the extent defendant seeks an order allowing his appellate counsel to have access to the sealed transcript of proceedings conducted April 11, 2018, the motion is hereby GRANTED.

2. To the extent defendant seeks an order allowing his appellate counsel to have access to "NFPV" transcripts (<u>see</u> Def.'s Mot. at 2:2), i.e., transcripts not under seal but with limited access for 90 days after electronic filing, the motion is hereby GRANTED.

3. To the extent defendant seeks an order allowing his appellate counsel to have access to sealed filings that were submitted by defendant, specifically, Doc. Nos. 76-81, 86-94, 95-98, 117-121, and by the parties jointly, specifically, Doc. No. 126, the motion is hereby GRANTED.

4. To the extent defendant seeks an order allowing his appellate counsel to have access to sealed filings that were submitted by the government, specifically, Doc. Nos. 71 and 72, the Court hereby DEFERS ruling and the government is hereby DIRECTED to

1   file, no later than November 16, 2018, any opposition or other response to defendant's

2   request for access to said filings.  As of November 16, 2018, the Court will take the

3   deferred portion of defendant's motion under submission.

4        5.  Defendant's appellate counsel is DIRECTED to destroy all sealed and NFPV

5   transcripts and filings in his possession when the appeal becomes final, as measured by

6   the expiration of the time to seek certiorari in the United States Supreme Court or the

7   conclusion of any United States Supreme Court proceedings, whichever is later.

8        **IT IS SO ORDERED.**

9

10  Dated:  November 6, 2018

11                                                            MAXINE M. CHESNEY
                                                             United States District Judge