IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JACOBSEN,<br><br>Defendant. | Case No. 15-cr-00518-MMC-1<br><br>**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANT'S MOTION FOR APPELLATE COUNSEL'S ACCESS TO SEALED DOCUMENTS**<br><br>Re: Dkt. No. 214 |

By order filed November 6, 2018, the Court granted in part and deferred in part ruling on defendant's "Motion for Appellate Counsel Access to Sealed and NFPV Transcripts and Documents," filed November 1, 2018. Specifically, to the extent the motion sought an order allowing defendant's appellate counsel to have access to sealed documents filed by the government, the Court deferred ruling thereon in order to afford the government an opportunity to respond thereto.

Before the Court is a letter, filed November 6, 2018, in which defendant's counsel states he does not seek access to sealed documents filed by the government. In light thereof, the deferred portion of defendant's motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 14, 2018

MAXINE M. CHESNEY
United States District Judge