IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JACOBSEN,<br>Defendant. | Case No. 15-cr-00518-MMC-1<br>**ORDER RE: MOTION FOR ORDER OF RECOMMENDATION**<br>Re: Doc. No. 239 |

Before the Court is defendant's "Motion for Order Recommending Placement on Home Confinement for the Remainder of the Sentence in Light of COVID-19," filed April 12, 2020.

Having read and considered the motion, the Court finds defendant has not shown good cause for the relief sought, and, accordingly, hereby DENIES the motion.

In light of defendant's age and his documented medical conditions (see Vorobyov Decl. Ex. D), however, the Court, pursuant to 18 U.S.C. § 3621(b)(4)(B), recommends to the Bureau of Prisons that defendant be placed, if possible, in a facility that best allows defendant to meaningful adhere to the advice given by the country's health officials, including those at the Centers for Disease Control, as to how to avoid becoming infected with COVID-19.

**IT IS SO ORDERED.**

Dated: April 14, 2020

MAXINE M. CHESNEY
United States District Judge