UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10335 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 3:15-cr-00518-MMC-1 |
| | U.S. District Court for Northern California, San Francisco |
| ROBERT JACOBSEN, | |
| Defendant - Appellant. | **MANDATE** |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10417 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 3:15-cr-00518-MMC-1 |
| | U.S. District Court for Northern California, San Francisco |
| ROBERT JACOBSEN, | |
| Defendant - Appellant. | |

The judgment of this Court, entered March 11, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7