IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JACOBSEN,<br>Defendant. | Case No. 15-cr-00518-MMC-1<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

The Court has considered defendant's request for an order appointing an attorney to assess and litigate a sentence reduction pursuant to 28 U.S.C. § 2255.  Pursuant to 18 U.S.C. § 3006A(a)(2)(B), appointment of counsel for such purpose is a matter within the discretion of the Court.  In this instance, at least at this stage of the proceedings, the Court finds such appointment is not warranted.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 5, 2021

MAXINE M. CHESNEY
United States District Judge